**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Cesar S. CONTRERAS, Defendant–Appellant.**

**No. 08–30274.**

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 13, 2009.*

Filed Nov. 2, 2009.

Katherine Jill Bolton, Assistant U.S., Gregory M. Shogren, Esquire, Assistant U.S., USSP–Office of the U.S. Attorney, Spokane, WA, for Plaintiff–Appellee.

Dan Bruce Johnson, Dan B. Johnson, P.S., Spokane, WA, Cesar S. Contreras, Fort Dix, NJ, for Defendant–Appellant.

Before: B. FLETCHER, LEAVY, and RYMER, Circuit Judges.

MEMORANDUM **

Cesar S. Contreras appeals from the 120–month sentence imposed following modification pursuant to 18 U.S.C.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provid-

§ 3582(c)(2). Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Contreras' counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed. However, the appellant has filed a motion opposing the motion to withdraw and, alternatively, requesting appointment of new counsel.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

The appellant's motion is **DENIED.**

Counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**